**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
COUNSEL FOR DEFENDANT TRANS UNION LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| YVONNE S. YBARRA,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK USA, N.A., and TRANSUNION, LLC,<br><br>Defendants. | Case No. 2:18-cv-01578-KJD-VCF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Yvonne S. Ybarra ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On August 21, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is September 17, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including October 8, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 14th day of September, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**COGBURN LAW OFFICES**

*/s/ Erik W. Fox*
Jamie S. Cogburn
Nevada Bar No. 8409
Erik W. Fox
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
Email: jsc@cogburnlaw.com
Email: efox@cogburnlaw.com
*Counsel for Plaintiff*

**ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond extending up to and including October 8, 2018 is so ORDERED AND ADJUDGED.

Dated this 17th day of September, 2018.

UNITED STATES MAGISTRATE JUDGE

4814-5784-5362.1

2