**FERNALD LAW GROUP LLP**
BRANDON C. FERNALD (SBN 10582)
brandon.fernald@fernaldlawgroup.com
6236 Laredo Street
Las Vegas, Nevada 89146
Tel: 702.410.7500
Fax: 702.410.7520

Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YVONNE S. YBARRA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK USA, N.A. and TRANSUNION, LLC;<br><br>　　　　Defendants. | Case No. 2:18-cv-01578-KJD-VCF<br><br>*Assigned to Judge Kent J. Dawson; Referred to Magistrate Judge Cam Ferenbach*<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER**<br><br>**(FIRST REQUEST)**<br><br>[*[Proposed] Order lodged concurrently herewith*]<br><br>Complaint Filed: August 21, 2018<br>Trial Date:　　　TBA |

| | |
|---|---|
| 1 | Plaintiff Yvonne Ybarra ("Plaintiff"), by and through her counsel of record, |
| 2 | and Defendant Capital One Bank (USA), N.A. ("Capital One"), by and through its |
| 3 | counsel of record (collectively, the "Parties"), hereby submit this stipulation to extend |
| 4 | Capital One's time to file a responsive pleading to Plaintiff's Complaint by twenty- |
| 5 | three (23) days, as follows: |
| 6 | **WHEREAS:** |
| 7 | 1.   Plaintiff filed the Complaint in this matter on August 21, 2018; |
| 8 | 2.   Plaintiff has filed a proof of service indicating that Capital One was |
| 9 | personally served on September 10, 2018; |
| 10 | 3.   Although Capital One does not concede that service was proper, it will |
| 11 | not contest service, as the Parties agree that a brief extension of time for Capital One |
| 12 | to file its responsive pleading to the Complaint would benefit both Parties because it |
| 13 | will allow them to continue to gather additional facts and information while |
| 14 | continuing to devote their resources to exploring the potential for early resolution of |
| 15 | this matter before incurring further fees and costs; |
| 16 | 4.   The Parties agree the request is made in good faith and not for the |
| 17 | purposes of delay; |
| 18 | 5.   Capital One and Plaintiff have agreed to extend Capital One's deadline |
| 19 | to respond to Plaintiff's Complaint by twenty-three (23) days from September 10, |
| 20 | 2018 to October 24, 2018. |
| 21 | **NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:** |
| 22 | Capital One will file its responsive pleading to Plaintiff's Complaint on or |
| 23 | before October 24, 2018. |
| 24 | |
| 25 | **IT IS SO STIPULATED.** |
| 26 | |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| DATED: October 1, 2018 | | **COGBURN LAW OFFICES** |

By: /s/ *Erik W. Fox* .
ERIK W. FOX
Attorneys for Plaintiff
YVONNE YBARRA

DATED: October 1, 2018         **FERNALD LAW GROUP LLP**

By: /s/ *Brandon C. Fernald* .
BRANDON C. FERNALD
Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

# [PROPOSED] ORDER

Having reviewed the foregoing stipulation and for good cause shown, the Court hereby Orders as follows:

1. Capital One deadline to file its responsive pleading to Plaintiff's Complaint is extended to October 24, 2018.

**IT IS SO ORDERED.**

Dated: October 3, 2018

UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, Brandon C. Fernald, declare that I am over the age of eighteen years and not a party to this action. I am employed in Clark County, and my business address is: Fernald Law Group LLP, 6236 Laredo Street, Las Vegas, Nevada 89146.

On October 1, 2018, I hereby certify that a true and complete copy of the foregoing documents:

**1. STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER (FIRST REQUEST)**

have been served by forwarding said copy on this the 1st day of October 2018 by transmitting via the Court's ECF system to:

| | |
|---|---|
| Erik- Anthony W. Fox, Esq.<br>Jamie S. Cogburn, Esq.<br>**COGBURN LAW OFFICES**<br>2580 St. Rose Parkway, Suite 330<br>Henderson, NV 89074<br>Email: efox@cogburnlaw.com<br>        jsc@cogburnlaw.com<br>*Attorneys for Plaintiff Yvonne S. Ybarra* | Jason Revzin, Esq.<br>**LEWIS BRISBOIS BISGAARD &<br>SMITH LLP**<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: jason.revzin@lewisbrisbois.com<br>*Attorneys for Defendant Transunion LLC* |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

DATED: October 1, 2018

_____
Brandon C. Fernald